**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21827-CIV-DAMIAN**

**KAREN HUNTER JACKSON**,

Plaintiff,

vs.

**CITY OF MIAMI GARDENS, a Florida municipal corporation; RODNEY HARRIS, in his individual capacity; and RICHARD ROBINSON, in his individual capacity**,

Defendants.
______________________________/

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO CONVENTIONALLY FILE VIDEO EXHIBIT [ECF NO. 64]**

THIS CAUSE is before the Court upon Plaintiff, Karen Hunter Jackson's, Second Unopposed Motion to Conventionally File Video Exhibit, filed June 1, 2026 [ECF No. 64 (the "Motion")].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised on the premises. In the Motion, Plaintiff requests that this Court enter an order granting leave to conventionally file the video exhibit identified in paragraph two of the Motion such that the exhibit may support Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Statement of Material Facts in Opposition. Mot. at 1–2. Plaintiff also indicates that Defendant does not oppose the requested relief.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Second Unopposed Motion to Conventionally File Video Exhibits **[ECF No. 64]** is **GRANTED**. Plaintiff may conventionally file the video exhibit identified in paragraph two of the Motion.

**DONE AND ORDERED** in the Southern District of Florida, this 2nd day of June, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record