**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21827-CIV-DAMIAN**

**KAREN HUNTER JACKSON**,

Plaintiff,

vs.

**CITY OF MIAMI GARDENS,**
*et al.*,

Defendants.
_________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO RODNEY HARRIS AND RICHARD ROBINSON**

**THIS CAUSE** is before this Court upon the parties' Stipulation for Dismissal with Prejudice, filed October 14, 2026. [ECF No. 90 ("Stipulation")]. Under the Stipulation, Plaintiff, Karen Hunter Jackson ("Jackson"), and Defendants Rodney Harris ("Harris") and Richard Robinson ("Robinson") agree to dismiss Jackson's claims against Harris and Robinson with prejudice, with the respective parties to bear their own costs and attorneys' fees.

THE COURT has reviewed the Stipulation and is otherwise fully advised. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED AND ADJUDGED** that

1. Jackson's **claims against Harris and Robinson**, in their individual capacities, are **DISMISSED WITH PREJUDICE** pursuant to the Stipulation [ECF No. 90].
2. As stipulated, the respective parties shall bear their own costs and attorneys' fees.

3. This action remains pending against the remaining Defendants. All existing deadlines and hearings remain in effect unless otherwise ordered.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 19th day of October, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**